UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                              Case No. 2:18-cr-37
                                              HON. PAUL L. MALONEY

DARIAN FRANCES BELONGIE,

               Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on October 12, 2018, for an arraignment and initial appearance on the indictment charging defendant with three counts of distribution of meth. The government has filed a motion for detention and pretrial services has recommended the same. Defense counsel reserved the issue of detention until he has time to consult with defendant. Defendant was advised she may request a hearing on the issue at any time.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                             */s/ Timothy P. Greeley*
                                                             TIMOTHY P. GREELEY
                                                             UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2018